# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | District: ARIZONA |
|---|---|

| UNITED STATES OF AMERICA V. Enrique GARCIA-Garcia Year of Birth: 1968 Country of Citizenship: Mexico A087 529 588 Case Control # TCA-0907-0662 | DOCKET NO. MAGISTRATE CASE NO. 09-28712M |
|---|---|

Complaint for violation of Title 8 United States Code § 1326(a); 1325

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE: United States Magistrate | LOCATION: Tucson, Arizona |
|---|---|---|
| DATE OF OFFENSE: On or about July 11, 2009 | PLACE OF OFFENSE: At or near Sasabe, Arizona | ADDRESS OF ACCUSED (if known): Oaxaca, Mexico |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

COUNT 1: On or about July 12, 2009, at or near Lukeville, Arizona, in the District of Arizona, Enrique GARCIA-Garcia, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, AZ on June 12, 2009, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

COUNT 2: That on or about July 11, 2009, at or near Sasabe, Arizona, in the District of Arizona, Enrique GARCIA-Garcia, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:

Enrique GARCIA-Garcia is a citizen of Mexico. On or about June 12, 2009, Enrique GARCIA-Garcia was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, AZ. On July 12, 2009, agents found GARCIA-Garcia in the United States at or near Lukeville, Arizona. GARCIA-Garcia did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, as evidenced from his illegal presence in the United States, Enrique GARCIA-Garcia entered the United States from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States.

MATERIAL WITNESSES IN RELATION TO THIS CHARGE
Border Patrol Agent(s) David Franco

DETENTION REQUESTED
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.
AUTHORIZED BY: SAUSA

SIGNATURE OF COMPLAINANT (official title)
OFFICIAL TITLE: Senior Patrol Agent

Sworn to before me and subscribed in my presence,
SIGNATURE OF MAGISTRATE (1)
DATE: July 13, 2009

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AO 91 (Rev. 11/82)